IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CASE NO: 1:15-cv-00206-MW-GRJ

UBER PROMOTIONS, INC.,
a Florida corporation,

    Plaintiff,

vs.

UBER TECHNOLOGIES, INC.,
a Delaware corporation,

    Defendant.
_____/

**PLAINTIFF'S NOTICE OF FILING DECLARATION OF JOEY FRIEDMAN IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION [DKT. NO. 27]**

Plaintiff, UBER PROMOTIONS, INC. (hereinafter "Plaintiff"), by and through the undersigned counsel, hereby files the Declaration of Joey Friedman (Exhibit "A") dated January 7, 2016 in support of Plaintiff's Motion for Preliminary Injunction [Dkt. No. 27]. Following the original filing of the aforementioned Motion for Preliminary Injunction, additional facts necessitating and supporting the imposition of the preliminary injunctive relief being requested were noticed, thereby giving rise to the preparation and filing of Mr. Friedman's Declaration. Counsel for Defendant, UBER TECHNOLOGIES, INC., have been notified of the circumstances described within Mr. Friedman's declaration, and

*Plaintiffs' Motion for Preliminary Injunction*
*CASE NO: 1:15-cv-00206-MW-GRJ*

have been advised that said Declaration would be filed no later than today, January 8, 2016.

**Dated this 8th day of January, 2016.**

        By:    /s/ *Alexander D. Brown*
                  Alexander D. Brown, Esq.
                  Florida Bar No.: 0752665
                  E-mail: Abrown@conceptlaw.com

                  **CONCEPT LAW GROUP, P.A.**
                  Museum Plaza
                  200 South Andrews Avenue, Suite 100
                  Fort Lauderdale, Florida 33301
                  Telephone: 754-300-1500
                  Facsimile: 754-300-1501

*Plaintiffs' Motion for Preliminary Injunction*
*CASE NO: 1:15-cv-00206-MW-GRJ*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** on this **8th day of January, 2016**, that I electronically filed the foregoing document with the Clerk of Court using the CM/ECF. Also certify that the foregoing document and the notice of electronic filing is being served on this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:   /s/ Alexander D. Brown
          Alexander D. Brown, Esq.
          Florida Bar No.: 0752665

| SERVICE LIST |
|---|
| **LOTT & FISCHER, PL**<br>Ury Fischer, Esq.<br>Florida Bar No. 048534<br>E-mail: ljlott@lottfischer.com<br>Adam Diamond<br>Florida Bar No. 091008<br>E-mail: adiamond@lottfischer.com<br>355 Alhambra Circle, Suite 1100<br>Coral Gables, FL 33134-5076<br>T: (305) 448-7089 ;  Fax: (305) 446-6191<br><br>**COOLEY LLP**<br>John W. Crittenden<br>E-mail: jcrittenden@cooley.com<br>John Paul Oleksiuk<br>E-mail: jpo@cooley.com<br>Chantal Z. Hwang<br>E-mail: chwang@cooley.com<br>101 California Street, 5th Floor<br>San Francisco, CA 94111-5800<br>T: (415) 693-2000;  Fax: (415) 693-2222<br><br>*Attorneys for Defendant Uber Technologies, Inc.* |