# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
### GAINESVILLE DIVISION

CASE NO: 1:15-cv-00206-MW-GRJ

UBER PROMOTIONS, INC.
a Florida corporation,

        Plaintiff,

   vs.

UBER TECHNOLOGIES, INC.
a Delaware corporation,

        Defendant.

_____ /

**DECLARATION OF RACHEL HOLT IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

I, Rachel Holt, hereby declare as follows:

1.    I am the Regional General Manager for Uber Technologies, Inc. ("Uber"). I have been employed by Uber since October of 2011. I have personal knowledge of the facts contained in this declaration and, if called as a witness, I could and would testify competently to them.

2.    From the time I started at the company, Uber had been operating under the UBER name. Uber is a technology company that seeks to connect riders and drivers on demand through the UBER mobile application, which is available on iPhone and Android devices. The mobile app allows Uber subscribers to request a ride from a personal driver – who we call an "Uber partner" or a "driver partner." Uber also operates the UBER website at www.uber.com where riders

and potential new driver partners could learn more about Uber and create an account with Uber.

**3.** It's a cashless payment system premised on matching drivers and riders based on their specific location, which is determined by the UBER mobile app's GPS technology. There are several unique features about the UBER mobile app. First, both driver partners and riders are rated on a five star rating system, which encourages both participants to make for a positive experience. When a ride request is offered to a driver partner, the prospective driver partner can see the rider's rating. Once the ride request is accepted and the trip is matched, the rider can see the driver-partner's rating. Second, the entire process of securing and paying for a ride is done through the UBER mobile app. At the end of the ride the rider's credit card is charged for the amount of the ride. Driver partners' fares are paid to them weekly, less any applicable fees including the Uber service fee, and automatically deposited. The UBER mobile app is appealing for a number of reasons including that neither the driver partner nor the rider has to directly deal with exchanging payment at the end of a ride.

**4.** A driver partner is not an Uber employee – he or she is paid the fare the rider pays through the UBER mobile app minus fee(s) associated with using Uber's platform. The driver pays Uber a fee, a portion of which is calculated based on a percentage of the amount the rider pays him or her. That percentage is

region- or city-specific.  The amount a rider pays is calculated by an algorithm that adjusts pricing based on rider demand and driver partner availability.  When demand cannot be reliably met by the number of driver partners on the road, a multiplier is used to have what is called "surge pricing."  This encourages more driver partners to get on the road to meet demand.  Attached as **Exhibit A** is a copy of Uber's FAQ page regarding surge pricing.

    **5.**    Users create an account with Uber by signing up via the UBER website at www.uber.com or directly on the UBER mobile app.  The user provides his or her name, mobile number, email address, credit card information, and billing address.  If the user has a promotion ("promo") code, he or she can apply the credit to his or her first ride.  The value of a promo code varies but it is usually around $15 or $20 USD.  A screenshot of how users could sign up via the UBER website is shown here:



6.     The user is then prompted to read Uber's Terms and Conditions, as

well as Uber's Privacy Policy.  If the user agrees, the user then clicks on "Create

Account" at the bottom of the screen and his or her account is created.  The user

will then receive an email confirming the creation of the account.



      7.     Even if the user created his or her account via the Uber website at

www.uber.com, he or she still must download the UBER mobile app via Apple's

App Store, the Google Play Store, or the Microsoft Window Store in order to use

the service.  The UBER mobile app is available on these three platforms.  The

UBER mobile app must be installed on the user's mobile device before he or she

can begin using it.

## Uber

View More by This Developer

**By Uber Technologies, Inc.**



Open iTunes to buy and download apps.



View in iTunes

⊔ Offers Apple Watch App
for iPhone

**Free**

Category: Travel
Updated: Dec 18, 2015
Version: 2.110.0
Size: 60.1 MB
Apple Watch: Yes
Languages: English, Arabic,
Azerbaijani, Bulgarian, Croatian,

### Description

Get a reliable ride in minutes with the Uber app—no reservations or waiting in taxi lines.

From low–cost to premium, every ride option feels like an upgrade to the everyday.

Create your account using a credit card or PayPal, and your fare will be charged automatically at the end of your ride. You can also pay with cash in select cities. After your trip, we'll email you a receipt.

See if Uber is available in your city at https://www.uber.com/cities
Follow us on Twitter at https://twitter.com/uber
Like us on Facebook at https://www.facebook.com/uber

Have a question? Contact us at support@uber.com

Uber Technologies, Inc. Web Site ▸   Uber Support ▸

### What's New in Version 2.110.0

We're always trying to improve your experience. If you enjoy your ride, please consider taking a few minutes to review our app.

---

**8.** Once the user has downloaded the Uber app, he or she will need to sign in the first time he or she wishes to run it. He or she must log in with the username and password he or she used when he or she first signed up for the app.

 

**9.** There are different types of vehicle services available via the UBER app, which vary by city. The slider at the bottom of the app will allow the user to set his or her vehicle preference. In Florida, there are anywhere between one to five different types of services available depending on the particular local market: uberX, uberXL, uberSELECT, UberBLACK, uberPOOL, UberLUX ("LUX"), and/or LUX SUV. The uberX option sends an everyday car to the user's location, with seating for up to four people. This is the least expensive option available, unless uberPOOL is available, which is a similar vehicle but shared with another party. The uberXL option sends either a minivan or an SUV to the user's location,

with seating for up to six people.  The uberSELECT, UberBLACK, LUX, and LUX SUV options send a higher-end sedan, or SUV in the case of LUX SUV, to the user's location, with seating for up to four people, or 6 people in the case of LUX SUV.



10.     Once the rider has chosen the vehicle type, the app's GPS function will suggest a pickup location for him or her.  The rider could either accept the app's suggested location or manually type in a pickup location by inserting a different address.  There's a third option of marking the pickup location on the map with a pin, which represents where the driver will expect to pick up the rider. Once a location is set, the rider must tap on the "Set Pickup Location" button to

initiate his or her request for the ride.

**11.** The original payment method originally inputted when the user created his or her account is used by default. This means that unless otherwise indicated, the credit card Uber has on file will be used to pay for the fare. There is no cash exchanged because all payments are handled directly via the Uber mobile app.



**12.** The app will indicate whether or not there are any vehicles available. Assuming there are vehicles available in the area, then the app will match a rider with a driver partner. Once matched, the app will in most cases show the rider the

name of the driver, the make and model of the car, a photo of that make and model,

the vehicle's license plate number and the driver's rating.  The app will also

indicate how many minutes away the selected vehicle is from the pickup location.

Average pick up times vary by city.



      **13.**    In order for an individual to become a driver partner, he or she must

complete an online application.  The application is available on the Uber website at

https://get.uber.com/drive/.  A screenshot of the webpage is shown here:



The application asks for the individual's personal information, such as his or her social security number, to allow Uber to perform a background check. The applicant is also provided the option of receiving a free copy of his or her background check report. The applicant also asks for vehicle information and photos, as well as driver's license, car registration, and car insurance information. A screenshot of the initial online application is shown here:



14.     Depending on the particular market, the next step is for the individual to get his or her car inspected by a designated Uber car inspection station or by an approved third party.   For example, in Florida, to be eligible to receive trips requests in the Tallahassee and Gainesville metropolitan areas, as well as in Broward and Palm Beach counties, prospective driver partners must go to an approved third party.  The car must be a four-door vehicle or minivan and be of the year 2004 or newer, although year requirements vary by city and product.

**15.** The individual will then need to wait for his or her background check to be cleared. The things that Uber looks at include whether or not the individual has had any DUI or drug-related offenses, whether he or she has had any fatal accidents or a history of reckless driving, and/or whether he or she has any criminal history.

**16.** Once approved, Uber sends the driver partner an email indicating that the account has been activated. The driver partner can then log in to the Uber partner app and sign in. Once signed in, the app will feature a button at the top of the screen that says "Go Online." Once that button is clicked, a map will appear and the driver partner can begin accepting ride requests. Attached as **Exhibit B** is a copy of Uber's terms and conditions for uberX driver partners, which grants Uber partners a license to display the "U" placard on their vehicles.

**17.** Both prospective riders and potential driver partners are Uber's target customers, and Uber's marketing goals focus on increasing both on the UBER platform. We concentrate on integrating Uber into the local community through partnerships with local businesses and institutions that help the city thrive. This includes universities, professional sports teams, popular restaurants, and major corporations based in a particular region.

**18.** To enlist more drivers onto the UBER platform, we typically rely on three primary channels: word of mouth, brand recognition, and paid marketing

avenues.  Many new driver partners join because a friend or a colleague shared their positive experience driving on the Uber platform.  In fact, driver partner referrals are becoming an increasingly popular way for new driver partners to join the Uber platform.  Some driver partners sign up after learning about Uber from the news, social media, or other media outlets.  In fact, we've seen an increasing number of television shows referencing Uber as part of their program or script. There are still others who approach us after encountering our postings on Craigslist or other online boards or through our paid advertisement – online or through radio and television advertising.

19.    Uber's driver partners span a wide range of age and demographics. According to a publicly released report issued by the Benensen Strategy group, 52% of Uber driver partners are part time drivers.  About 60% of these driver partners are under 40 years old, and about half of them have a college degree. About 36% of Uber driver partners either previously worked as a professional driver or are currently working as a professional driver via the UberBLACK option. Of these driver partners, 60% have kids and about one in four or five have a parent or spouse they support.  Attached as **Exhibit C** is a copy of the report (PDF doc to be included.)

20.    Uber riders also come from all different types of backgrounds and circumstances in terms of age, education, income, and race.  Uber riders' trip

origins, destinations, and purposes also vary and span a wide spectrum – from housewives, working professionals, students, tourists, and the elderly. Uber does not target a particular age group or demographic; we seek all new users who simply wish to get from one destination to another. To attract new Uber riders, we rely uniquely on three channels: word of mouth, partnering with local businesses and organizations, and sending email announcements regarding new promotions, city launches, and product updates. Our email lists are comprised of e-mail addresses of users who have created an account with Uber via the UBER mobile app or through the UBER website at www.uber.com. Users are provided the option of subscribing to email lists in a particular region.

**Email Lists**

Subscribe to email lists in your region to get the latest news from Uber. You'll be the first to hear about our promotions, new city launches, and product updates – and we promise we won't email you more than a few times a month.

**Your Lists**

| | |
|---|---|
| San Francisco | Delete |
| Los Angeles | Delete |
| Add a List | |

We send e-mails announcing our promotions, new city launches and product updates. Our new city email announcements are sent to a specific email list comprised of those who have previously indicated an interest in using UBER in that particular city. For example, if an Uber user previously logged in to the

UBER mobile app and attempted to see if there were any rides available in a city where Uber had not launched, his or her email address would be added to an e-mail list for that particular city.

21.     Our partnerships with local businesses are also a key aspect of Uber's marketing efforts.  We have what we call "city teams" in almost all major cities in the United States.   Our city teams are responsible for reaching out to local businesses and institutions and formulating mutually beneficial promotional campaigns.  This often entails Uber offering free rides to and from, for example, a local partner via a promo code and the local partner promoting the UBER mobile app and its services to its clientele.   Sometimes the local partner uses its own customer e-mail lists to send out announcements regarding its promotion with Uber.

22.     In the spring of 2012, I was the General Manager of Uber's D.C. Operation.  Our team came up with the idea of running a "pop up shop" in Florida. A "pop up shop" is a term more commonly used to refer to temporary or short-term retail stores that are meant to create short-term experiences for the purpose of promoting a particular brand, product, or service. Uber had not entered the Florida market yet, and we wanted to create some buzz and press in Florida.  My colleague William Guernier, whom everyone called "Billy," and I decided to launch an Uber "pop up" business during the Republican National Convention in Tampa, and

sought permission from Hillsborough County to do so.

23.     The Convention was scheduled for the week of August 27, 2012 and our first ride was offered on the first day of the Convention on August 27, 2012. The regulators of Hillsborough County had not allowed us to offer rides at Uber's normal low fare minimums, which today ranges between $2.30 USD and $8.60 USD depending on the city.  Instead, the County required us to set our minimum fare at $50, the same minimum set for local limousine drivers under county regulations.  Attached as **Exhibit D** is a copy of a news article on Tampa Bay Times describing the public outcry against the county's restriction.  We kept the business going for a short period following the Convention.

24.     One year later, in or around September 2013, I began working with our team in Washington D.C. to launch the UBER mobile app in Jacksonville, Florida.  In October 2013, after working with our policy group and speaking with city council members, the Jacksonville City Council approved changes in its legislation governing vehicles for hire, allowing Uber to enter into the Jacksonville market.  Attached as **Exhibit E** is a copy of a news article concerning this.

25.     After the Jacksonville launch, my colleague, Thomas Hayes, whom we all call "Tom," continued the efforts in Florida and worked alongside our policy team to launch Uber in other major cities in Florida.  Tom was a General Manager based in the Greater New Orleans Area.  In April 2014, Tom and his team

managed to successfully launch Uber in Tampa and Orlando.

26.     In May 2014, Billy and his team based in D.C. took over the Florida market.  Billy worked closely with our policy team and legislative changes began to occur at the city level throughout the State of Florida, making it easier for Uber to operate.  Attached as **Exhibit F** are copies of news articles concerning this.

27.     In early August 2014, Uber announced a new private beta option on the UBER mobile app called uberPOOL, which worked like a carpool.  Attached as **Exhibit G** is a copy Uber's announcement of uberPOOL.  The idea behind uberPOOL was to allow riders heading to nearby destinations to share a single ride in order to split the cost of the ride.  The benefits of the service include lower fares for cost-conscious riders, more rides facilitated via the UBER mobile app with the same number of driver partners on the road, energy efficiency, and decrease in traffic congestion.  We did not offer this option to the public until two months later, in November 2014, where we offered it in select cities, including San Francisco and Los Angeles.

28.     On August 28, 2014, Uber announced its entrance into 24 new markets, including two in Florida: Gainesville and Tallahassee.  With this launch, the Uber network was made available in 205 cities across 45 countries and six continents worldwide.  We were in more than 100 cities across the United States, which meant that 55% of the U.S. population had access to the UBER mobile app.

Attached as **Exhibit H** is a screenshot of the announcement on Uber's website.

29.     Right after our big launch at the end of August, Billy handed off his responsibilities in the Florida market to Matthew Gore.   Matthew Gore was previously our General Manager for the Pittsburgh area and had been recently promoted to the role of General Manager of the entire State of Florida.   I supervised Matt and his team's efforts in expanding the UBER mobile app in Florida.

30.     By April 2015, we estimated that the UBER mobile app had facilitated more than one million rides in South Florida alone.   Media outlets estimated that Uber had more than 10,000 drivers in that area.   Attached as **Exhibit I** is a copy of a report by the South Florida Business Journal.

31.     In November 2015, Uber launched UberEVENTS, a new option for Uber users to purchase rides for others.   The idea actually started internally: some of our employees who were getting married wanted to use the UBER mobile app to shuttle around their wedding guests to and from their wedding venue.   They didn't want to pay for traditional limousine or shuttle services but also wanted to make sure they'd be picking up the tab for their guests' fare.   Management began to pick up on this and saw this as a great opportunity to offer a new service to Uber users.

32.     With UberEVENTS, users are able to secure a promo code that could be used during a particular time and date.   Guests can use the promo code in order

to pay for their fare, and the host is billed directly for the ride.  This option has

been a popular option for corporate events.  A screenshot of how users could sign

up for UberEVENTS is shown here:



Give us a few details about your event and we'll handle the rest.
Your guest passes will be sent to chantal.hwang@gmail.com

## TELL US ABOUT YOUR EVENT

EVENT NAME

JMK Holiday Party

EVENT ADDRESS
Guests must be picked up or dropped off within .25 miles of this location.

1455 Market Street

## CREATE YOUR GUEST PASSES

| NUMBER OF GUESTS | RIDES PER GUEST | MAX $ PER RIDE |
|---|---|---|
|  | 1 ▾ | $5 ▾ |

CODE TYPE
Choose one code for easy distribution or a set of unique codes for more control.

◉ ONE CODE ALL GUESTS CAN USE

◯ AN INDIVIDUAL CODE FOR EACH GUEST

CUSTOMIZE THE CODE

| JMKHOLIDAYPARTY | EVENT |
|---|---|

Your customized code will automatically end with 'EVENT'.

GUEST PASS DATE & TIME
Your guest passes will only be applied to rides taken during this time period.

| Start date | Time ▾ | US/Pacific ▾ |
|---|---|---|
| End date | Time ▾ | |

## CHOOSE YOUR PAYMENT METHOD

PAYMENT METHOD

Visa •••• 4005 ▾

Your card will only be charged for the amount your guests use. A service fee will be charged
after you confirm your order. To add a new payment method, visit your rider account.

REVIEW YOUR ORDER

-21-

33.     In December 2015, we launched UberBOAT in Miami Beach during Miami Art Week for people attending Art Basel, an annual four-day art show for high quality modern and contemporary art where more than 200 galleries from all over the world participate.    Attached as **Exhibit J** is a copy of a new article covering the UberBOAT launch.  The option gave riders the opportunity to travel by boat across Biscayne Bay on luxury yachts between Miami Beach and the Art Districts. Most of the people were foreign art lovers visiting Miami Beach solely for the purpose of attending Art Basel.    Attached as **Exhibit K** is a copy of Uber's announcement.

34.     This was not the first time that Uber offered its users the option of getting around by boat.  I know that back in June 2014, Uber also provided a UberBOAT option for people in Boston, Massachusetts.  Attached as **Exhibit L** is a copy of a Uber's announcement for UberBOAT in Boston.  Even before then, in August of 2013, Uber had launched a one day service called "UBER + BOATBOUND" in San Francisco, California, which allowed users to get a ride around the eastern region of the San Francisco Bay Area.   Attached as **Exhibit M** is a copy of a Uber's announcement for UBER + BOATBOUND.

35.     In all my time at Uber, there has not been to my knowledge any instance where people we've encountered through our marketing efforts said or suggested in any way that they believed that Uber was associated or affiliated with

plaintiff Uber Promotions, Inc. ("Plaintiff" or "UP"), or with any other company using the name or mark UBER.

36.     At no time during my association with Uber has there ever been any desire on the part of management or our investors to use the UBER trademark in a way that would infringe anyone's intellectual property rights or goodwill – including Plaintiff's.   Indeed, since its inception, Uber's goal has been to differentiate itself as much as possible from the traditional car service or transportation models.  Uber has a whole webpage devoted to explaining how it is different from the traditional vehicles for hire models.  Attached as **Exhibit N** is a copy of the webpage.

37.     The UBER mobile app and the service it facilitates is well-known and recognized by the UBER brand name.  Uber is often in the news and is also frequently referenced in the media, including popular television shows like ABC Family's hit sitcom "Modern Family" or Comedy Central's The Daily Show with Trevor Noah.  Uber also advertises on national television and radio, with a national ad buy in place.

38.     It has a strong following and is one of the fastest growing companies in the U.S. and the world.  Attached as **Exhibit O** are copies of news articles covering Uber's growth.  When I first started in 2011, the UBER mobile app was available in four cities within the United States.  Today, it is available in more than

350 cities across 67 countries.  The UBER mobile app is also consistently ranked the number one free travel app in the U.S., according to the App Annie mobile app market data service, and frequently considered one of the top 30 most downloaded apps in the U.S.  Attached as **Exhibit P** are copies of App Annie pages reflecting Uber's high ranking.

39.    If Uber was prevented from using the UBER name in the State of Florida, Uber would either need to quit operating in Florida entirely or rebrand in the U.S. and internationally.

40.    As a preliminary matter, it would be impossible for Uber to adopt a different mark for its services in Florida without requiring users to download a new mobile application. Uber cannot modify the name of its existing app based on a user's location.  While it may make some modifications in terms of language or vehicle options within the app, it cannot make geographically specific external changes – i.e., the way an app appears on a mobile device – to its name, icon, or logo.  Rebranding the app in Florida would mean having to create a separate app for the Florida market.

41.    The costs for Uber to create an entirely new mobile app are prohibitively expensive.  The coding of the UBER mobile app was first developed more than five years ago.  Today, the code for the Uber mobile app is maintained and improved upon by hundreds of engineers Uber employs in the U.S. and

throughout the world.  The Uber engineering infrastructure does not contemplate the development, maintenance, quality testing, and integration of two different mobile apps.

42.     Even if Uber were willing to undergo the time, expense, and engineering ingenuity to create an entirely new mobile app for the Florida market only, it couldn't.  As an example, it is my understanding that the Apple App Store, platforms where iOS phone users go to download the UBER mobile app, requires that the app be distributed on a country level.  A company cannot restrict the distribution of its mobile app based on certain regions within a country.  This means that Uber would be required to offer – and maintain – two different mobile apps: one for Floridians and another for the rest of the U.S. and Floridians would still be able to download the Uber mobile app.  Moreover, the company would essentially have to increase significantly its team of hundreds of engineers and product managers to maintain, develop, and test, the second mobile app and integrate it with the Uber mobile app – not to mention a whole new marketing division for its new brand.  This means setting up an entirely separate business.

43.     The UBER mobile app has been a tremendous success because users *trust* the brand for its reliability and consistency.  Riders trust the app to provide them with a safe, fast, and convenient method of getting from one destination to another; riders do not need to make preplanned travel arrangements and can rely on

the app in emergency or unforeseen circumstances.  Likewise, driver partners rely on the ability to earn an income via the UBER mobile app anytime they so desire. The trust Uber users have for the app would be severely compromised if the company had to suddenly stop offering it in a particular region.  This will result in harm to the UBER brand, the Uber business model, and the industry for on-demand transportation.

44.     Setting aside the costs and ramifications to Uber as a company, there are huge financial and economic ramifications for our driver partners if Uber were required to temporarily cease operations in Florida or develop a whole new app for the state.  Driver partners depend on the ability to regularly earn an income via the UBER mobile app. According to the Benensen Strategy group report, attached as **Exhibit C**, 71% of driver partners spend their Uber income on monthly bills, including car payments, house payments, student loans, and paying for medical bills.  A cessation of the app would mean an immediate end to this stream of income.  By necessity, Uber driver partners would need to turn to competitor services or other job opportunities to make up for lost income.

45.     Such an unwelcome disruption is not to be taken lightly even if some Uber driver partners have access to alternatives.  For example, Uber driver partners who came from the taxi world prefer driving via the UBER mobile app over driving a taxi.  59% of them say their income has increased since joining Uber

while 51 % believe their income will continue to increase every year if they continue driving through the UBER mobile app.  In addition, 73% say that they have more control over their schedule now than when they were a taxi driver.

46.     The idea of Uber creating a second mobile app would also mean that customers in the U.S. – except for Floridians – would have access to both apps.  In viewing this from a customer standpoint, customers coming from other states to Florida would not be able to use the original UBER mobile app.  They would have to download the app specifically made available in Florida.  Uber's entire business model is based on convenience to the customer.  The inconvenience of dealing with two different apps based on location goes directly against the company's values and the company would lose customers who know it as Uber.

47.     The UBER mobile app is used every day by users who cross state borders.  As a practical matter, it would be impossible for Uber to prevent out-of-state riders or driver-partners from driving into Florida using the UBER mobile app.  The burden would likely fall on the Uber driver partners to make sure that a rider is not trying to go into Florida using the UBER mobile app.  While the UBER mobile app currently provides riders the option to insert their intended destination in advance of a ride, it is not a requirement.  Uber driver partners have no way of consistently knowing where the rider intends to go before being matched with a rider.

48.     It would also be very burdensome to convince current Uber driver partners to use our service if we had to rebrand.   The UBER mobile app is a success in part because it has a strong brand and therefore a strong user base – on both the rider side and the driver partner side.   We would have to convince Floridians that the new app will also have a strong user base.  If our driver partners do not think there will be demand, then they will not be motivated to drive on the new platform.  This means that driver partner referrals, an important way for Uber to attract new driver partners, would naturally decrease or stop altogether.  If there are not many driver partners on the app, then the app is a less reliable source of on-demand transportation.

49.     In the likely scenario that Uber would simply quit operating in Florida entirely, the people of Florida would suffer.  Uber is involved with many programs and partnerships with local businesses and institutions that benefit the local community.  For example, Uber has an ongoing partnership with Mothers Against Drunk Driving (MADD).  Attached as **Exhibit Q** is a copy of Uber's report on this.  In fact, Billy wrote an article that was featured on the Orlando Sentinel where he talked briefly about Uber teaming with MADD to combat drunken driving in cities across the country.  Attached as **Exhibit R** is a copy of the article.

50.     In the City of Gainesville, Uber launched a program called "Freedom in Motion" where Uber facilitates on-demand, subsidized transportation services

for residents of senior citizen communities.  Attached as **Exhibit S** is a description of the program.  Uber is also involved with the Safe Rides program at the University of Florida, which gives university students discounted rates on their rides when returning home late at night.

51.     These initiatives matter.  In the City of Gainesville, Uber has gained more than 38,000 unique active riders in the last three months.  The average estimated time of arrival ("ETA") for a ride on the UBER mobile app in Gainesville is under four minutes.  The average ETA for a ride in a city is a metric we use at Uber to determine how reliable the app is for our customers.

52.     As of last month, in the State of Florida alone, Uber has more than 1,576,000 unique active riders and 43,000 Uber driver partners.  This shows that Floridians are increasingly relying on the UBER mobile app.  If Uber were to cease operating in Florida or in just certain regions in Florida, Uber's user base would be affected.

53.     In fact, our financial analysis team publicly released its projections on how Uber impacts a local economy.  Last year, the team forecasted that that by the end of 2020, Floridians would be taking home more than $50 million through the UBER platform and Uber will have generated more than 130,000 job opportunities in Florida.  Attached as **Exhibit T** is a copy of Uber's public report reflecting this data.

54.    Uber's availability in a market also has the benefit of significantly decreasing the number of DUI incidences and fatalities.   According to an independent study conducted by Temple University's Fox School of Business, the availability of the UBER mobile app has reduced the number of drinking and driving deaths in California.   Attached as **Exhibit U** is a copy of Temple University's coverage on this study, along with **Exhibit V**, a copy of a news article covering the study.   Assistant Professor Brad Greenwood of Temple University, who examined data in the State of California between 2009 and 2014, has testified that such a reduction in the rate of alcohol-related motor vehicle fatalities is not specific to cities in California and that other cities with Uber would experience the same effect. Attached as **Exhibit W** is a copy of a study that was conducted by Professor Brad Greenwood of the Temple University's Fox School of Business.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 8 day of January, 2016 at Washington, D.C.

Rachel Holt

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 8, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

/s/ Chantal Z. Hwang
Chantal Z. Hwang

## SERVICE LIST

*Uber Promotions, Inc. v. Uber Technologies, Inc.*
*Case No. 1:15-cv-00206-MW-GRJ*

Service via CM/ECF generated Notices of Electronic Filing:

Alexander D. Brown
Scott D. Smiley
**The Concept Law Group, P.A.**
200 South Andrews Avenue
Museum Plaza, Suite 100
Ft. Lauderdale, FL  33301
Telephone:  754-300-1500
Facsimile:   754-300-1501
E-mail:      Abrown@conceptlaw.com
E-mail:      Scott@conceptlaw.com

*Attorneys for Plaintiff*

Joseph V. Priore
**Santucci Priore, P.L.**
200 South Andrews Avenue
Museum Plaza, Suite 100
Ft. Lauderdale, FL  33301
Telephone:  954-351-7474
Facsimile:   954-351-7475
E-mail:       jpriore@500law.com

*Attorneys for Plaintiff*