## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION

**UBER PROMOTIONS, INC.,**
**a Florida corporation,**

      **Plaintiff,**

**v.**                        **Case No.  1:15cv206-MW/GRJ**

**UBER TECHNOLOGIES, INC.,**
**a foreign corporation,**

      **Defendant.**

_____/

## ORDER GRANTING MOTION TO FILE PORTIONS OF DECLARATION AND EXHIBITS UNDER SEAL

This Court has considered, without hearing, Defendant's Unopposed Motion to File Portions of Declaration of Joe Zhou and Exhibits Under Seal in Connection with Opposition to Motion for Preliminary Injunction.  ECF No. 42.  The unopposed motion is **GRANTED**.   Defendant may file such documents under seal.

      **SO ORDERED on January 13, 2016.**

                             **s/Mark E. Walker**_____
                             **United States District Judge**