**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

CASE NO: 1:15-cv-00206-MW-GRJ

UBER PROMOTIONS, INC.,
a Florida corporation,

      Plaintiff,

      vs.

UBER TECHNOLOGIES, INC.,
a Delaware corporation,

      Defendant.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff UBER PROMOTIONS, INC. and Defendant UBER TECHNOLOGIES, INC. (the "Parties") have reached a settlement in the above-captioned matter, the terms of which the Parties desire to remain confidential.

IT IS HEREBY STIPULATED AND AGREED by and between the Parties that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all claims raised in this action by the Parties should be dismissed with prejudice forthwith with each of the Parties to bear its own attorneys' fees and costs.

Dated July 12, 2016

Respectfully submitted,

**SANTUCCI PRIORE, P.L.**
Joseph V. Priore (FBN: 348820)
Michael S. Santucci (FBN: 105260)
200 South Andrews Avenue
Museum Plaza, Suite 100
Fort Lauderdale, Florida 33301
T: (954) 351-7474
F: (954) 351-7475
/s/ Michael S. Santucci
E-mail: jpriore@500law.com
E-mail: mis@500law.com
*Counsel for Plaintiff and*
*on its own behalf*

**CONCEPT LAW GROUP, P.A.**
s/Alexander D. Brown
Alexander D. Brown (FBN: 752665)
Scott D. Smiley (FBN: 678341)
200 South Andrews Avenue
Museum Plaza, Suite 100
Fort Lauderdale, Florida 33301
T: 754-300-1500
F: 754-300-1501
E-mail: Abrown@conceptlaw.com
E-mail: Scott@conceptlaw.com
*Counsel for Plaintiff*

**COOLEY LLP**
John W. Crittenden (*Pro Hac Vice*)
Brendan Hughes (*Pro Hac Vice*)
Chantal Z. Hwang (*Pro Hac Vice*)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
T: (415) 693-2000
F: (415) 693-2222
/s/ John W. Crittenden
E-mail: jcrittenden@cooley.com
E-mail: bhughes@cooley.com
E-mail: chwang@cooley.com
*Counsel for Defendant*

**LOTT & FISCHER**
Ury Fischer (FBN: 048534)
Adam Diamond (FBN: 091008)
355 Alhambra Circle,
Suite 1100
Coral Gables, FL 33134-5076
T: 305-448-7089
F: 305-446-6191
E-mail: ufischer@lottfischer.com
E-mail: adiamond@lottfischer.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 12, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.


s/ Chantal Z. Hwang
Chantal Z. Hwang


## SERVICE LIST

*Uber Promotions, Inc. v. Uber Technologies, Inc.*
*Case No. 1:15-cv-00206-MW-GRJ*

Service via CM/ECF generated Notices of Electronic Filing:


**SANTUCCI PRIORE, P.L.**
Joseph V. Priore (FBN: 348820)
Michael S. Santucci (FBN: 105260)
200 South Andrews Avenue
Museum Plaza, Suite 100
Fort Lauderdale, Florida 33301
T: (954) 351-7474
F: (954) 351-7475
E-mail: jpriore@500law.com
E-mail: mis@500law.com

*Counsel for Plaintiff*

**CONCEPT LAW GROUP, P.A.**
Alexander D. Brown (FBN: 752665)
Scott D. Smiley (FBN: 678341)
200 South Andrews Avenue
Museum Plaza, Suite 100
Fort Lauderdale, Florida 33301
T: 754-300-1500
F: 754-300-1501
E-mail: Abrown@conceptlaw.com
E-mail: Scott@conceptlaw.com

*Counsel for Plaintiff*

134258810