IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**UBER PROMOTIONS, INC.,**
a Florida corporation,

      Plaintiff,

v.                                     Case No. 1:15cv206-MW/GRJ

**UBER TECHNOLOGIES, INC.,**

      Defendant.
_____/

## AMENDED ORDER CLOSING FILE

The parties have filed a Stipulation of Dismissal with Prejudice. ECF No. 109. The notice is effective without an order. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012).

The preliminary injunction entered by this Court on February 16, 2016, ECF No. 75, is **dissolved**. Defendant must inform this Court on or before **July 20, 2016**, whether it objects to this Court's releasing the bond posted as security to Plaintiff. The Clerk shall close the file.

**SO ORDERED on July 13, 2016.**

                                            s/Mark E. Walker
                                            **United States District Judge**